# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| BREN SANTOYO, | ) |
|               Plaintiff, | ) |
| v. | ) Case No.: 2:21-cv-02566 |
| EXPERIAN INFORMATION SOLUTIONS, INC., and MIDLAND MORTGAGE COMPANY, | ) |
|               Defendants. | ) |

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## MIDLAND MORTGAGE COMPANY

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorneys and Defendant Midland Mortgage Company[1] and Defendant's attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against Defendant Midland Mortgage Company shall be and hereby is dismissed with prejudice, with each side to bear its own fees and costs.

Respectfully submitted,

**Callahan Law Firm**

Dated: June 2, 2022

By: /s/ James Crump
James Crump, KS 78704
Ryan M. Callahan, KS 25363
Callahan Law Firm, LLC
222 W. Gregory Blvd., Ste. 210
Kansas City, MO 64114
Telephone:   (816) 822-4041
Email: James@callahanlawkc.com
Email: Ryan@callahanlawkc.com

---

[1] More accurately described as Midland Mortgage, a division of MidFirst Bank.

**Kazerouni Law Group**

Anthony P. Chester
Kazerouni Law Group, APC
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone:     (952) 225-5333
Facsimile:      (800) 635-6425
Email: tony@kazlg.com
*Attorneys for Plaintiff*

**SouthLaw, PC**

/s/ Richard M. Beheler
Richard Beheler, KS 16915
13160 Foster, Ste. 100
Overland Park, KS 66213
Telephone:     (913) 663-7600
Facsimile:      (913) 663-7899
Email: richard.beheler@southlaw.com
*Attorneys for Defendant Midland Mortgage Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following parties via electronic mail on the same date as filing at the addresses below.  Notice will also be sent contemporaneously to the time of filing via the Court's cm/ecf filing system.

Midland Mortgage Company
c/o Richard Beheler – richard.beheler@southlaw.com

Experian Information Solutions, Inc.
c/o G. Edgar James – ejames@jamessobba.com

Experian Information Solutions, Inc.
c/o Katherine E. Smith – katherinesmith@jonesday.com

By: /s/ James Crump
James Crump, *Attorney for Plaintiff*

2