## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| BREN SANTOYO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., and )<br>MIDLAND MORTGAGE COMPANY, )<br>)<br>Defendants. ) | Case No.: 2:21-cv-02566 |

### STIPULATION OF DISMISSAL AS TO DEFENDANT
### EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorneys and Defendant Experian Information Solutions, Inc. and Defendant's attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against Defendant Experian Information Solutions, Inc. shall be and hereby is dismissed with prejudice, with each side to bear its own fees and costs.

Respectfully submitted,

**Callahan Law Firm**

Dated: July 7, 2022

By: /s/ James Crump
James Crump, KS 78704
Ryan M. Callahan, KS 25363
Callahan Law Firm, LLC
222 W. Gregory Blvd., Ste. 210
Kansas City, MO 64114
Telephone:    (816) 822-4041
Email: James@callahanlawkc.com
Email: Ryan@callahanlawkc.com

**Kazerouni Law Group**

Anthony P. Chester
Kazerouni Law Group, APC
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone:     (952) 225-5333
Facsimile:      (800) 635-6425
Email: tony@kazlg.com
*Attorneys for Plaintiff*

*/s/ Katherine E. Smith*
Katherine E. Smith
Jones Day – Chicago
77 W. Wacker Drive, Ste. 3500
Chicago, IL 60601-1692
Telephone:     (312) 269-4134
Facsimile:      (312) 782-8585
katherinesmith@jonesday.com

G. Edgar James
James Sobba, LLC
4435 Main St., Ste. 910
Kansas City, MO 64111
Telephone:     (816) 623-0544
Facsimile:      (816) 623-0508
ejames@jamessobba.com
*Attorneys for Defendant Experian*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties via electronic mail on the same date as filing at the addresses below. Notice will also be sent contemporaneously to the time of filing via the Court's cm/ecf filing system.

Midland Mortgage Company
c/o Richard Beheler – richard.beheler@southlaw.com

Experian Information Solutions, Inc.
c/o G. Edgar James – ejames@jamessobba.com

Experian Information Solutions, Inc.
c/o Katherine E. Smith – katherinesmith@jonesday.com

By: /s/ James Crump
James Crump, *Attorney for Plaintiff*

2